UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

GREGG C. REVELL and ASSOCIATION OF NEW JERSEY RIFLE AND PISTOL CLUBS, INC.,

    Plaintiffs,

    v.

PORT AUTHORITY OF NEW YORK AND NEW JERSEY, et al.,

    Defendants.

Civil Action No. 06-402 (KSH)

ORDER

**KATHARINE S. HAYDEN, U.S.D.J.**

For the reasons expressed in the opinion filed herewith,

**IT IS** on this 29th day of June, 2007,

**ORDERED** that defendants' motion to dismiss, appearing on the docket as entry # 7, is **granted**; and it is further

**ORDERED** that plaintiff Gregg Revell ("Revell") is hereby granted 20 days from the date of this order to amend **Count One** of the complaint to substitute a § 1983 claim for a violation of his Fourth Amendment rights in place of his § 1983 claim for a violation of 18 U.S.C. § 926A; and it is further

**ORDERED** that Revell is hereby granted 20 days from the date of this order to amend the complaint as to **Counts Two** and **Three** insofar as he wishes to claim that the Port Authority's postdeprivation remedies for property seized in connection with his arrest are constitutionally inadequate.

                                                  /s/ Katharine S. Hayden
                                                Katharine S. Hayden, U.S.D.J.