UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GREGG C. REVELL,<br>           Plaintiff,<br>   v.<br>THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY and SCOTT ERICKSON,<br>           Defendants and Third-Party Plaintiff<br>   v.<br>CONTINENTAL AIRLINES, THE COUNTY OF ESSEX, THE ESSEX COUNTY JAIL, THE OFFICE OF THE ESSEX COUNTY PROSECUTOR et al.<br>           Third-Party Defendants. | Civ. Action No. 06-0402 (KSH)<br><br>**ORDER** |

**Katharine S. Hayden, U.S.D.J.**

For the reasons stated in the opinion filed herewith,

   **IT IS** on this 31st day of March, 2009,

   **ORDERED** that Port Authority's cross-motion for summary judgment is granted (D.E. 93), dismissing the remaining counts, counts one and two, of Revell's complaint; and it is further

   **ORDERED** that the motions of Essex County (D.E. 92) and Continental (D.E. 97, 106) are denied as moot; and it is further

   **ORDERED** that the Clerk of Court shall mark the matter closed.

                              /s/Katharine S. Hayden
                              Katharine S. Hayden, U.S.D.J.

1