IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GREGG C. REVELL, | ) |
| | ) |
|     Plaintiff | ) |
| | ) |
|         v. | ) No. 06-402-KSH |
| | ) |
| PORT AUTHORITY OF | ) |
| NEW YORK AND NEW JERSEY, *et al.* | ) |
| | ) |
|     Defendants and | ) |
|     Third Party Plaintiffs | ) |
| | ) |
|         v. | ) |
| | ) |
| CONTINENTAL AIRLINES, THE COUNTY | ) |
| OF ESSEX, THE ESSEX COUNTY JAIL, | ) |
| THE OFFICE OF THE ESSEX COUNTY | ) |
| PROSECUTOR and JOHN DOES 1-10 | ) |
| | ) |
|     Third Party Defendants | ) |

**NOTICE OF APPEAL**

Notice is hereby given that Gregg C. Revell, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the final order of March 31, 2009, and from the Order of June 29, 2007.

Respectfully submitted,

GREGG C. REVELL
By counsel

s/Richard V. Gilbert
For the Firm
Evan F. Nappen Attorney At Law, P.C.
21 Throckmorton Avenue
Eatontown, NJ 07724
(732) 389-8888
(732) 389-8744 (fax)

-1-

-2-

LEAD COUNSEL:

Richard E. Gardiner
Suite 403
3925 Chain Bridge Road
Fairfax, VA 22030
(703) 352-7276
(703) 359-0938 (fax)