UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 12-3621
_____

ASSOCIATION OF NEW JERSEY RIFLE AND PISTOL CLUBS INC.,

Appellant

v.

PORT AUTHORITY OF NEW YORK AND NEW JERSEY, and
SCOTT ERICKSON

_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 2-06-cv-00402)
District Judge: Hon. Katharine S. Hayden
_____

Argued and Submitted May 31, 2013

Before:  JORDAN and VANASKIE, *Circuit Judges*, and
RAKOFF,[*] *District Judge*.

(Filed: September 13, 2013)
_____

JUDGMENT
_____

    This cause came on to be considered on the record from the United States District Court for the District of New Jersey and was argued on May 31, 2013.  On consideration whereof, it is now hereby

---

[*] The Honorable Jed S. Rakoff, District Judge for the United States District Court for the Southern District of New York, sitting by designation.

      ORDERED and ADJUDGED by this Court that the judgment of the District Court entered August 20, 2012, be and the same is hereby AFFIRMED, in accordance with the opinion of this Court.

                              ATTEST:

                              /s/ Marcia M. Waldron
                              Clerk

Dated: September 13, 2013